**Myron RAINES, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.**

**No. WD 67522.**

Missouri Court of Appeals, Western District.

March 27, 2007.

Myron W. Raines, Licking, MO, appellant pro se.

Andrew W. Hassell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HOLLIGER, JJ.

## *ORDER*

PER CURIAM.

Myron Raines appeals from the dismissal of his petition for declaratory judgment. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).